

# United States District Court
# Eastern District of California

| GEORGE O'CONNOR | |
|---|---|
| Plaintiff(s) | Case Number: 2:25-cv-0943-DC-CSK PS |
| V. | |
| ONE UNNAMED AGENT, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jamie Helen Kidd Frawley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Jackson County Sheriff's Department and The County of Jackson, Alabama

On 09/29/2006 (date), I was admitted to practice and presently in good standing in the State of Alabama (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/22/2025        Signature of Applicant: /s/ Jamie Helen Kidd Frawley

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jamie Helen Kidd Frawley |
| Law Firm Name: | Webb McNeill Walker, PC |
| Address: | One Commerce Street, Suite 700 |
| City: | Montgomery   State: AL   Zip: 36104 |
| Phone Number w/Area Code: | (334) 262-1850 |
| City and State of Residence: | Montgomery, Alabama |
| Primary E-mail Address: | JFrawley@WMWFIRM.COM |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kevin P. Allen |
| Law Firm Name: | Allen, Glaessner, Hazelwood & Werth, LLP |
| Address: | 180 Montgomery Street, Suite 1200 |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | (415) 697-2000   Bar #: 252290 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 1, 2025

*/s/ Chi Soo Kim/*

JUDGE, U.S. DISTRICT COURT

# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Jamie Helen Kidd Frawley** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **Jamie Helen Kidd Frawley** was admitted to the Alabama State Bar on September 29, 2006.

I further certify that said **Jamie Helen Kidd Frawley** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2025.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on April 17, 2025.

Terri B. Lovell, Secretary



**APPENDIX A TO PRO HAC VICE APPLICATION**
**ADDITIONAL COURT ADMISSIONS**

Pursuant to Local Rule 180(b)(2)(i) of the United States District Court for the Eastern District of California, the following are additional courts of records to which the applicant has been admitted:

United States Supreme Court – December 8, 2014
United States Court of Appeals for the Eleventh Circuit – March 7, 2008
United States District Court for the Middle District of Alabama – February 6, 2008
United States District Court for the Southern District of Alabama – November 6, 2006
United States District Court for the Northern District of Alabama – October 27, 2006