UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE UNNAMED AGENT OF THE FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00943-DC-CSK<br><br>ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR E-FILING PRIVILEGES<br><br>(ECF No. 2.) |

Plaintiff George O'Connor is proceeding without the assistance of counsel in this action.[1] Presently before the Court is Plaintiff's ex parte application for permission to e-file documents filed on March 26, 2025. (ECF No. 2.) Plaintiff requests an order exempting him from the requirements of Local Rule 133(b)(2) because he regularly travels between his properties in California, Florida, and Alabama; is familiar with the e-filing system; and such an order would promote judicial economy and convenience for Plaintiff. (ECF No. 2 at 2.) No opposition has been filed.

The Local Rules are clear that "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge."

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

*See* E.D. Cal. Local Rule 133(b)(2). Local Rule 133(b)(3) also provides, in relevant part, that requests to use electronic filing as an exception from the Local Rules shall be submitted as stipulations as provided by Local Rule 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception.

Plaintiff submitted his request as an ex parte application, not as a stipulation or motion. In addition, Plaintiff's ex parte application does not provide good cause for deviance from Local Rule 133. Thus, Plaintiff's ex parte application for e-filing privileges is denied. Plaintiff will continue to file paper documents with the Court through conventional means.

## ORDER

Accordingly, the Court ORDERS that Plaintiff's ex parte application for e-filing privileges (ECF No. 2) is DENIED.

Dated:  May 5, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, ocon0943.25