

United States District Court
Eastern District of California

| | |
|---|---|
| George O'Connor, | Case Number: 2:25-CV-00943-DC-CSK PS |
| Plaintiff(s) | |
| V. | |
| CHARLIE, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cameron W. Elkins hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: State of Alabama Governor Kay Ivey and Bryan Hilton

On 11/13/2019 (date), I was admitted to practice and presently in good standing in the Alabama Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/02/2025      Signature of Applicant: /s/ Cameron W. Elkins

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cameron W. Elkins |
| Law Firm Name: | State of Alabama Office of the Attorney General |
| Address: | 501 Washington Avenue |
| City: | Montgomery   State: AL   Zip: 36130-0152 |
| Phone Number w/Area Code: | (334) 242-7300 |
| City and State of Residence: | Helena, Alabama |
| Primary E-mail Address: | Cameron.Elkins@AlabamaAG.gov |
| Secondary E-mail Address: | generalcivil@alabamaag.gov |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam S. Cherensky |
| Law Firm Name: | California Attorney General's Office |
| Address: | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| City: | Sacramento   State: CA   Zip: 94244-2550 |
| Phone Number w/Area Code: | (916) 210-7879   Bar # 263062 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 7, 2025

_____
JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that  **Cameron Wayne Elkins** was duly and legally admitted to practice law by the Supreme Court of Alabama on **November 13, 2019** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **May 1, 2025** with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | George O'Connor v. CHARLIE, et al. | No. | 2:25-cv-00943-DC-CSK (PS) |

I hereby certify that on May 5, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 5, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Cameron W. Elkins- NCAED**
Office of the Attorney General
501 Washington Avenue
Montgomery, IL 36130

**Jeffrey McLaughlin, Esq.**
321 Blount Ave.
Guntersville, AL 35976

**George O'Connor**
P.O. Box 354
Bangor, CA 95914

**Kathy Wells**
1930 County Road 81
Flat Rock, AL 35966

**Timothy Wells**
1930 County Road 81
Flat Rock, AL 35966

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 5, 2025, at Sacramento, California.

| | |
|---|---|
| F. Saunders | /s/ F. Saunders |
| Declarant | Signature |