JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Ste. 1450
San Francisco, CA 94111
Telephone:  415.704.7433
Facsimile:   205.254.1999

Attorney for Defendants
PEOPLES INDEPENDENT BANK
and MELODI JOHNSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE O'CONNOR,<br><br>                Plaintiff,<br><br>        v.<br><br>ONE UNNAMED AGENT OF THE FEDERAL BUREAU OF INVESTIGATION WITH THE MONIKER "CHARLIE," et al.,<br><br>                Defendants. | Case No. 2:25-cv-00943-DC-CSK<br><br>**STIPULATION OF EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br><br>Complaint filed:  March 26, 2025 |

-1-

## __STIPULATION__

Plaintiff George O'Connor ("Plaintiff") and Defendants Peoples Independent Bank and Melodi Johnson (together, "the Peoples Defendants")[1], stipulate and agree as follows:

Whereas, Plaintiff filed the above-captioned action on March 26, 2025.

Whereas, Plaintiff served a copy of the Complaint on the Peoples Defendants on April 1, 2025.

Whereas, the deadline for the Peoples Defendants to file a responsive pleading to the Complaint is presently April 22, 2025.

Whereas, the Peoples Defendants have not been able to prepare a responsive pleading to date because of the time needed to hire counsel licensed to practice in the State of California (where the Peoples Defendants do not typically litigate) and because of the time and effort needed to research Plaintiff's allegations and the additional issues of jurisdiction and venue present in this matter.

Now, therefore, Plaintiff and the Peoples Defendants hereby stipulate that the deadline for the Peoples Defendants to file a responsive pleading to the Complaint should be extended twenty-eight (28) days from April 22, 2025 to May 20, 2025.


Dated:  April 17, 2025


By:   /S/ GEORGE O'CONNOR
      GEORGE O'CONNOR
      Plaintiff *Pro Se*

---

1 The filing of this stipulation should not be construed as a waiver of any defenses held by the Peoples Defendants, including defenses challenging personal jurisdiction or venue.  The appearance of counsel on behalf of the Peoples Defendants should be construed as a special appearance, not a plenary appearance.  The Peoples Defendants hereby expressly preserve the right to move for dismissal for lack of personal jurisdiction and/or to challenge issues related to venue, in addition to any other defenses that may be held by the Peoples Defendants.

-2-

STIPULATION RE: EXTENSION OF DEADLINE FOR PEOPLES
DEFENDANTS TO FILE A RESPONSIVE PLEADING
Case No. 2:25-cv-00943-DC-CSK

1   Dated: April 17, 2025          By:    MAYNARD NEXSEN LLP

2
                                         /S/ JAMES J. HOCKEL
3                                        JAMES J. HOCKEL
                                         Attorney for Defendants
4                                        PEOPLES INDEPENDENT BANK
                                         and MELODI JOHNSON
5
        **IT IS SO ORDERED**
6
     Dated: May 7, 2025
7

8                                  By:

9                                        HON. CHI SOO KIM
                                         U.S. MAGISTRATE JUDGE
10

11
     4, ocon0943.25
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  -3-